■ C-KITCHEN ASSOCIATES, INC., et al., Appellants, v HUMPHREY & VANDERVOORT, INC., Respondent.—Motion for permis-

sion to withdraw as counsel granted. Memorandum: Zdarsky, Sawicki & Agostinelli are relieved as counsel for appellants and no further proceedings shall be taken in the appeal against appellants until 30 days after notice to appoint another attorney has been served upon appellants by regular mail *(see,* CPLR 321). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.